UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In Re:   STEVE B HUMPHREY                    Case No.: 07-12167
         LAURIE J HUMPHREY

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT

Donald M. Aikman, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/02/2007.

2) The case was confirmed on 10/03/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/02/2009, 08/06/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/31/2011.

6) Number of months from filing to the last payment: 44

7) Number of months case was pending: 46

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   46,409.00

10) Amount of unsecured claims discharged without full payment $   2,618.89

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 88,424.19 |
| Less amount refunded to debtor | $ 614.29 |
| **NET RECEIPTS** | $ 87,809.90 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 5,610.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 4,868.96 |
| Other | $ 127.50 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 10,606.46 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| YVETTE GAFF KLEVEN | PRIORITY | NA | .00 | 1,261.00 | 1,261.00 | .00 |
| US BANK NATIONAL ASS | SECURED | 49,860.03 | 50,426.13 | 50,426.13 | .00 | .00 |
| SPRINGLEAF FINANCIAL | SECURED | 1,386.00 | 1,069.13 | 1,069.13 | 1,069.13 | 17.41 |
| GMAC | UNSECURED | 16,118.42 | 4,033.81 | 4,033.81 | 4,033.81 | .00 |
| US BANK NATIONAL ASS | SECURED | .00 | 495.07 | 495.07 | .00 | .00 |
| GMAC | SECURED | 114,952.20 | NA | NA | .00 | .00 |
| GMAC MORTGAGE CORPOR | SECURED | .00 | 114,733.38 | 114,733.38 | .00 | .00 |
| GMAC MORTGAGE CORPOR | SECURED | .00 | 150.00 | 150.00 | .00 | .00 |
| eCAST SETTLEMENT COR | SECURED | 12,653.51 | 12,515.64 | 12,515.64 | 12,515.64 | 441.74 |
| YAMAHA MOTOR CORP | PRIORITY | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NA | NA | NA | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 5,525.93 | 5,489.72 | 5,489.72 | 5,489.72 | .00 |
| BLACKHAWK CREDIT UNI | UNSECURED | 2,461.70 | 2,470.38 | 2,470.38 | 2,381.25 | .00 |
| BLACKHAWK CREDIT UNI | UNSECURED | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,988.00 | 2,078.89 | 2,078.89 | 2,078.89 | .00 |
| ALLEN COUNTY TREASUR | SECURED | .00 | 3,272.67 | 3,272.67 | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,937.00 | 4,075.53 | 4,075.53 | 4,075.53 | .00 |
| NATIONAL CAPITAL MAN | UNSECURED | 2,702.00 | 2,888.32 | 2,888.32 | 2,888.32 | .00 |
| CHASE BANK | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMCAST | UNSECURED | NA | NA | NA | .00 | .00 |
| PREMIER BANKCARD/CHA | UNSECURED | 298.21 | 232.10 | 232.10 | 232.10 | .00 |
| FIRST PREMIER BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 5,388.87 | 5,388.87 | 5,388.87 | 5,388.87 | .00 |
| LOWES | UNSECURED | NA | NA | NA | .00 | .00 |
| GE MONEY BANK/LOWES | UNSECURED | NA | NA | NA | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 316.87 | 242.82 | 242.82 | 242.82 | .00 |
| NUVELL CREDIT COMPAN | UNSECURED | 5,295.94 | .00 | .00 | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 2,297.00 | 2,356.71 | 2,356.71 | 2,356.71 | .00 |
| SPRINT NEXTEL | UNSECURED | .00 | 148.76 | 148.76 | .00 | .00 |
| HCFS | UNSECURED | 736.96 | .00 | .00 | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 5,577.00 | 5,708.36 | 5,708.36 | 5,708.36 | .00 |
| HOUSEHOLD CREDIT SER | UNSECURED | NA | NA | NA | .00 | .00 |
| HOUSEHOLD CREDIT SER | UNSECURED | NA | NA | NA | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 290.56 | 290.56 | 290.56 | 290.56 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 2,464.00 | 2,463.87 | 2,463.87 | 2,463.87 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 308.41 | 258.74 | 258.74 | 258.74 | .00 |
| WELLS FARGO AUTO FIN | UNSECURED | 10,711.11 | 8,951.76 | 8,951.76 | 8,951.76 | .00 |
| WELLS FARGO AUTO FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 2,725.00 | 2,814.21 | 2,814.21 | 2,814.21 | .00 |
| PATTI H.BASS | UNSECURED | NA | NA | NA | .00 | .00 |
| SUSAN M WOOLLEY | UNSECURED | NA | NA | NA | .00 | .00 |
| SUSAN E.TRENT | UNSECURED | NA | NA | NA | .00 | .00 |
| GARY L. ROYER | PRIORITY | NA | .00 | .00 | .00 | .00 |
| ANDREA L.WASSON | UNSECURED | NA | NA | NA | .00 | .00 |
| EDMUND P. KOS | UNSECURED | NA | NA | NA | .00 | .00 |
| ROY F KIPLINGER ESQ | UNSECURED | NA | NA | NA | .00 | .00 |
| DENNIS M OSTROWSKI | UNSECURED | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | .00 | 10,844.80 | 10,844.80 | 10,844.80 | .00 |
| INDIANA DEPARTMENT O | UNSECURED | .00 | 310.10 | 310.10 | 310.10 | .00 |
| INDIANA DEPARTMENT O | PRIORITY | .00 | 2,349.10 | 2,349.10 | 2,349.10 | .00 |
| INDIANA DEPARTMENT O | UNSECURED | .00 | 2,381.00 | 2,381.00 | .00 | .00 |
| YVETTE GAFF KLEVEN | PRIORITY | .00 | 4,349.00 | 4,349.00 | 4,349.00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 645.07 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 182,016.95 | 13,584.77 | 459.15 |
| **TOTAL SECURED:** | 182,662.02 | 13,584.77 | 459.15 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 13,193.90 | 13,193.90 | .00 |
| **TOTAL PRIORITY:** | 13,193.90 | 13,193.90 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 52,584.51 | 49,965.62 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 10,606.46 |
| Disbursements to Creditors | $ | 77,203.44 |
| **TOTAL DISBURSEMENTS:** | $ | 87,809.90 |

   12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   06/10/2011                              /s/ Donald  M.  Aikman
                                                 Donald  M.  Aikman, Chapter  13 Trustee


**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this date of, 06/10/2011, I mailed a true and complete copy of the foregoing Final Report to the persons identified below by depositing the same in the U.S. mail, fist class, postage prepaid.

LAURIE J HUMPHREY
STEVE B HUMPHREY
5510 YODER ROAD
YODER IN 46798

and Electronically mailed by the court's ECF system to:

| | |
|---|---|
| UNITED STATES TRUSTEE | YVETTE GAFF KLEVEN |
| ustpregion10.so.ecf@usdoj.gov | ygk@sak-law.com |

Dated:    06/10/2011              /s/ Donald M. Aikman
                                  Donald M. Aikman, Chapter 13 Trustee

**UST Form 101-13-FR-S(4/1/2009)**